**UNITED STATES, Plaintiff–Appellee,**

v.

**Joseph F. HARANDA, Defendant–Appellant.**

**No. 04–2214.**

United States Court of Appeals, Sixth Circuit.

Jan. 9, 2006.

Janet L. Parker, Asst. U.S. Attorney, U.S. Attorney's Office, Bay City, MI, for Plaintiff–Appellee.

David A. Koelzer, Federal Defender's Office, Flint, MI, for Defendant–Appellant.

Before RYAN, and COLE, Circuit Judges; SARGUS, District Judge.*

### OPINION

PER CURIAM.

Joseph Haranda appeals the district court's denial of his motion for judgment of acquittal following a jury trial for theft of public money. Specifically, Haranda sought a replacement Internal Revenue Service refund check from the United States Treasury Department when his ex-girlfriend cashed the original. A jury found that Haranda, who had since received the proceeds from the first check, unlawfully retained the proceeds from the second. Haranda argues that, because the

---

* The Honorable Edmund A. Sargus, Jr., United States District Judge for the Southern District of Ohio, sitting by designation.

486

second check was made payable to him and not issued in error, it was not a "thing of value of the United States." *See* 18 U.S.C. § 641. Following a careful review of the record and having considered the arguments of both parties, we conclude that District Judge David M. Lawson's comprehensive opinion fully and correctly addressed the issues before this Court. We therefore affirm the district court's judgment on the basis of its opinion.